AO 91 (rev.11/11) Criminal Complaint                AUTHORIZED AND APPROVED DATE: s/Tiffany Edgmon 05/22/2025

# United States District Court
## for the

_____WESTERN_____ DISTRICT OF _____OKLAHOMA_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) ) Case No: M-25- 335- AMG |
| ONORIO SERRANO-GARCIA, | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 1, 2024, in the county of Oklahoma, in the Western District of Oklahoma, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of a Removed Alien, |

This criminal complaint is based on these facts:

See attached Affidavit of Deportation Officer, Curtis Fair, U.S. Immigration and Customs Enforcement, which is incorporated and made a part hereof by reference.

☒ Continued on the attached sheet.

_____
Complainant's signature
Curtis Fair
Deportation Officer
U.S. Immigration and Customs Enforcement

Sworn to before me and signed in my presence.

Date: 5/23/25

_____
Judge's signature

City and State: Oklahoma City, Oklahoma

AMANDA MAXFIELD GREEN, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

STATE OF OKLAHOMA       )
                        )
COUNTY OF OKLAHOMA      )

## AFFIDAVIT

I, Curtis Fair, being duly sworn, depose and state as follows:

1. I have been employed as a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), since June 2017. I graduated from the United States Border Patrol Academy in October 2007. Prior to becoming a Deportation Officer, I was a Border Patrol Agent from June 2007 to June 2017.

2. As a Deportation Officer currently assigned to ICE's Oklahoma City office for Enforcement Removal Operations (ERO), I interview and investigate detained individuals to determine whether they have legal status to enter or remain in the United States. I am vested with the authority to investigate and arrest persons for violations of Title 8 of the United States Code.

3. The information contained in this Affidavit is submitted for the limited purpose of establishing probable cause that **ONORIO SERRANO-GARCIA** was found in the United States in violation of 8 U.S.C. § 1326(a).

4. On August 1, 2024, **ONORIO SERRANO-GARCIA** was encountered by a Deportation Officer while in custody at the Oklahoma County Jail in Oklahoma City,

Oklahoma, in the Western District of Oklahoma. On August 1, 2024, after reviewing data on **ONORIO SERRANO-GARCIA**, a deportation officer determined that he is an alien unlawfully present in the United States and that he is not a United States citizen; he is a citizen of Mexico.

5. **ONORIO SERRANO-GARCIA**'s fingerprints were collected, and photographs were recorded electronically using live-scan technology and submitted to both the Department of Justice's Integrated Automated Fingerprint Identification System (IAFIS) database and the Department of Homeland Security's Automated Biometric Identification System (IDENT) database. Both databases identified **ONORIO SERRANO-GARCIA** as being assigned Federal Bureau of Investigation number **923854FC9** and Department of Homeland Security FINS number **19062039**. These identification numbers are associated solely with **ONORIO SERRANO-GARCIA** and correlate to his Alien Registration Number, A095 722 860. A check of records confirmed **ONORIO SERRANO-GARCIA**'s identity and confirmed he is an alien who was previously removed from the United States to Mexico on June 9, 2006, July 30, 2013, and June 9, 2018. **ONORIO SERRANO-GARCIA** was also granted Voluntary Returns on December 8, 2000, and February 6, 2019.

6. Further checks did not indicate that **ONORIO SERRANO-GARCIA** had applied for or received permission to reenter the United States from the United States Secretary of Homeland Security or the United States Attorney General since his latest

2

deportation. If **ONORIO SERRANO-GARCIA** had applied for or received this permission, there would be a record of it in his Administrative File (A-File) and Department of Homeland Security databases. Because **ONORIO SERRANO-GARCIA** was previously removed, he knowingly came back to the United States without proper authorization.

7. Based on the foregoing, I respectfully submit that there is probable cause to believe that **ONORIO SERRANO-GARCIA** has committed the federal crime of Illegal Reentry of a Removed Alien, a violation of 8 U.S.C. § 1326(a).

**FURTHER, YOUR AFFIANT SAYETH NOT.**

Curtis Fair
Deportation Officer
Immigration and Customs Enforcement
Department of Homeland Security

Sworn to and subscribed before me on May 23rd, 2025.

AMANDA MAXFIELD GREEN
United States Magistrate Judge

3